# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:05-cr-00023-MR-DLH-11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| STEVEN LYNN MILAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Destroy Evidence [Doc. 400] and the Government's Amended Motion to Destroy Evidence [Doc. 403].

In its Amended Motion, the Government seeks permission to destroy the evidence in the above-referenced case, specifically, the drug paraphernalia involved in violation number 2, which consists of two mirrors, a small tin and an empty pill bottle and currently in the custody of the Office of Probation. The Defendant does not object to the Government's

Amended Motion. For the reasons stated therein, and for cause shown, the Government's Amended Motion is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Amended Motion to Destroy Evidence [Doc. 403] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Government's Motion to Destroy Evidence [Doc. 400] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: October 4, 2013

Martin Reidinger
United States District Judge