|        |                                          |                    |
|--------|------------------------------------------|--------------------|
| **To:**     | The Honorable Martin Reidinger<br>U.S. District Court Judge | NORTH CAROLINA WESTERN<br>MEMORANDUM |
| **From:**   | Christine Puhl<br>U.S. Probation Officer |                    |
| **Subject:**| Steven Lynn Milam<br>Case Number: 0419 1:05CR00023- 011<br>**REQUEST TO DESTROY SEIZED PROPERTY** | |
| **Date:**   | 5/15/2014                                |                    |

On date 4/13/2012, USPO Eric Simpson confiscated 2 guns, a 30-06 magazine, and three rounds of 30-06 ammunition from the offender's residence. Disposition of the weapons has been resolved, but no order was given for destruction of the ammunition or magazine. Steve Milam is no longer under supervision and it has been deemed advisable that the Probation Office request the destruction of the magazine and ammunition at this time.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 828-771-7350, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Date: May 15, 2014

_____
Martin Reidinger
United States District Judge